United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD JAMES DRYG,

    Petitioner,

    v.

SHEILA E. MITCHELL, Chief, Santa Clara County Probation Department,

    Respondent.
_____/

No. C 06-7729 PJH

**ORDER RE: SERVICE AND RESPONSE**

On December 18, 2006, petitioner Edward James Dryg, who is presently on formal supervised probation following a judgment of conviction in the Superior Court of California, County of Santa Clara, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 18, 2007, the court issued a lengthy order to show cause, directing Dryg to demonstrate why his petition should not be dismissed as unexhausted. Dryg filed a response on February 2, 2007.

This court's order to show cause inadvertently failed to order service of the petition and order to show cause on respondent. Accordingly, respondent has yet to appear in the case. Because the court determines that respondent is entitled to respond to Dryg's arguments regarding exhaustion of his claim(s), the following is ORDERED:

    1.    The clerk shall serve by certified mail: (1) a copy of this order; (2) the petition and all attachments thereto; and (3) a copy of this court's January 18, 2007 order to show cause upon respondents. Dryg is ORDERED to serve a copy of his February 2, 2007

response on respondent immediately upon receipt of this order.

2. Respondent shall file with this court and serve on petitioner within 30 days of date of this order a response to petitioner's supplemental brief regarding exhaustion.

3. Petitioner may file and serve a reply, if any, within 14 days of the response.

Dated: February 23, 2007

**IT IS SO ORDERED.**

_____
PHYLLIS J. HAMILTON
United States District Judge