UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD JAMES DRYG,

    Petitioner,

    v.

SHEILA E. MITCHELL, Chief, Santa Clara County Probation Department,

    Respondent.
_____/

No. C 06-7729 PJH

**ORDER REQUIRING SUPPLEMENTATION OF RECORD**

Respondent submitted the record in the above habeas case, which includes the reporters transcripts for hearings on petitioner's motion to dismiss held before the Santa Clara County Superior Court on August 29 and September 23, 2003.  *See* Exh. C, at 10-188.  At that hearing, the court admitted 22 exhibits, exhibits A-V, which both the court and the parties discussed on the record, and which appear to have in part informed the court's ruling on petitioner's motion.  Respondent, however, did not submit those exhibits with the record before this court.  Because the exhibits are helpful to this court's resolution of the petition before it, respondent is ORDERED to submit exhibits A-V within **fourteen days of the date of this order.**

**IT IS SO ORDERED.**

Dated: August 5, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge