UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD JAMES DRYG,

    Petitioner,

    v.

SHEILA E. MITCHELL, Chief, Santa Clara County Probation Department,

    Respondent.
_____/

No. C 06-7729 PJH

**JUDGMENT**

Pursuant to the order denying Dryg's federal habeas petition under 28 U.S.C. § 2254 signed today, this action is DISMISSED.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 13, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge